**UNITED STATES of America,**
**Appellee,**

v.

**Matthew COPLAN, Defendant–**
**Appellant.**

**No. 03–1474.**

United States Court of Appeals,
Second Circuit.

July 8, 2004.

Christopher Renfroe, Forest Hills, NY,
for Appellant.

Winston Chan (Susan Corkery, Noah
Perlman, Assistant United States Attor-
neys, Roslynn R. Mauskopf, United States
Attorney for the Eastern District of New
York, on the brief), United States Attor-
ney's Office for the Eastern District of
New York, NY, for Appellee, of counsel.

---

* The Honorable Mark R. Kravitz, of the United
States District Court for the District of Con-

PRESENT: FEINBERG,
CABRANES, Circuit Judges and
KRAVITZ, District Judge.*

SUMMARY ORDER

We have considered all of defendant's
arguments and conclude that they are
without merit. *See United States v.
Schmidt,* 373 F.3d 100 (2d Cir.2004). Ac-
cordingly, the order of the District Court
is hereby AFFIRMED.

We deny as moot the Government's mo-
tion to dismiss the appeal.